No. 00–758. UNITED STATES POSTAL SERVICE v. GREGORY. C. A. Fed. Cir. Certiorari granted.

No. 00–927. CHAO, SECRETARY OF LABOR v. MALLARD BAY DRILLING, INC. C. A. 5th Cir. Certiorari granted.

No. 99–1996. J. E. M. AG SUPPLY, INC., DBA FARM ADVANTAGE, INC., ET AL. v. PIONEER HI-BRED INTERNATIONAL, INC. C. A. Fed. Cir. Certiorari granted. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 00–62. CSU, L. L. C. v. XEROX CORP. C. A. Fed. Cir. Certiorari denied.

No. 00–326. TRUSTEES FOR THE MICHIGAN CARPENTERS COUNCIL PENSION FUND ET AL. v. W. W. A., INC. C. A. 6th Cir. Certiorari denied.

No. 00–425. CRANE v. STERN; and
No. 00–444. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS ET AL. v. STERN. C. A. 1st Cir. Certiorari denied. Reported below: 214 F. 3d 4.

No. 00–438. LYSAGHT ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–468. DIONNE v. THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 8th Cir. Certiorari denied.

No. 00–499. THOMAS ET AL. v. ANCHORAGE EQUAL RIGHTS COMMISSION ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–517. RISBY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–526. TAWFIK v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Certiorari denied.